IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERC Today LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>John McInelly, et al.,<br><br>　　　　　Defendants. | No. CV-24-03178-PHX-SMM<br><br>**ORDER** |

      This matter is before the Court on the parties' Joint Stipulation to Set Scheduling Order. (Doc. 14). The parties have agreed to a briefing schedule for Plaintiff's forthcoming Motion for Preliminary Injunction. However, the proposed order filed by the parties in conjunction with the Joint Stipulation does not meet the requirements of Local Rule 7.1(b)(3) due to multiple spelling errors. Accordingly,

      **IT IS ORDERED denying without prejudice** the Joint Stipulation. (Doc. 14). The parties may refile a stipulation with a new proposed order attached.

      Dated this 20th day of December, 2024.

                                                                             _____
                                                                           Stephen M. McNamee
                                                      Senior United States District Judge