# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERC Today LLC, et al., | No. CV-24-03178-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| John McInelly, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation to Set Scheduling Order. (Doc. 16). The parties have agreed to a briefing schedule for Plaintiff's forthcoming Motion for Preliminary Injunction and an extension of the parties' respective page limitations. Accordingly,

**IT IS ORDERED approving** the Joint Stipulation. (Doc. 16).

**IT IS FURTHER ORDERED** as follows:

1. Plaintiffs have up to and including January 8, 2025 to file a Motion for Preliminary Injunction not to exceed twenty-six (26) pages.

2. Defendants have up to and including January 31, 2025 to file a Response to Plaintiffs' Motion for Preliminary Injunction not to exceed twenty-six (26) pages.

3. Plaintiffs have up to and including February 28, 2025 to file a Reply in support of Plaintiffs' Motion for Preliminary Injunction not to exceed twenty (20) pages.

4. The Court may set a hearing on Plaintiffs' Motion for Preliminary Injunction pursuant to LRCiv 7.2(f) if the Court considers a hearing to be necessary or appropriate.

Dated this 6th day of January, 2025.

_____
Stephen M. McNamee
Senior United States District Judge