Peter A. Arhangelsky, Esq. (SBN 291325)
peter.arhangelsky@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Rd.
Suite 800
Phoenix, AZ 85016
Ph: (602) 445-8017
*Attorney for Plaintiff Stenson Tamaddon, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERC Today, LLC; and Stenson Tamaddon, LLC, | Case No. 2:24-cv-03178-SMM |
| Plaintiffs, v. | **DECLARATION OF ERIC STENSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| John McInelly, et al., | |
| Defendants. | |

I, Eric Stenson, declare and state as follows:

1.     I am the Chief Executive Officer of Stenson Tamaddon, LLC ("StenTam"), one of the Plaintiffs in the above-captioned action. The following statements are true and correct to the best of my knowledge and belief.

2.     I am familiar with the claims advanced by StenTam in this lawsuit, and the factual record supporting those claims. My knowledge is based on information I received and reviewed in my capacity as the CEO of StenTam. I also reviewed and researched publicly accessible information on the employee retention tax credit, and information known to StenTam as an ERC specialist and tax advisory service. StenTam has retained experts and specialists in federal tax programs, including the Employee Retention Tax Credit (ERC). StenTam has interacted with thousands of businesses related to the ERC

and their financial circumstances.

3.  Stenson Tamaddon, LLC is regulated by the IRS as a tax preparer. On March 12, 2024, the IRS issued a Form 4564 Information Document Request (IDR), launching an examination into StenTam's ERC practices. The IDR warns that the investigation could lead to penalties against StenTam and its members under Internal Revenue Code Sections 6694, 6695, 6700, and 6701. The IRS inquiry sought records germane to whether StenTam followed IRS policies and notices as part of its ERC-related tax preparation services. Attached as **Exhibit 40** is a true and correct copy of the IRS IDR issued in March 2024.

4.  If IRS sees a higher rate of disallowances for StenTam filings because of IRS's Disallowance During Processing (DDP) program, StenTam will face increased scrutiny from the IRS as a paid tax preparer. And while StenTam can show that its filings and procedures were proper, it nonetheless incurs significant costs and burdens in having to respond to these inquiries. Those burdens and costs are directly attributable to the IRS's summary denials which deem StenTam clients' "ineligible" under the ERC statute without evidentiary support.

I declarant under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of February, 2025:

_____
Eric J. Stenson
Stenson Tamaddon, LLC
Chief Executive Officer