# EXHIBIT 40

**EXHIBIT 40**



**Department of the Treasury**
**Internal Revenue Service**
**Small Business / Self-Employed Division**
31 Hopkins Plaza
Baltimore, MD 21202

Date:
03/12/2024

Taxpayer ID number (last 4 digits):

Person to contact:
Erica Jenkins

Contact telephone number:
443-853-5241

Contact fax number:
888-211-4886

Employee ID number:
1000219842

Ali Tamaddon
New York, NY 10013

Dear Ali Tamaddon:

We're investigating your possible involvement in tax avoidance transactions or your tax return preparation practices. Our investigation may result in penalties under Internal Revenue Code (IRC) Sections 6694, 6695, 6700, or 6701. The investigation could also result in an injunction under IRC Sections 7402, 7407, or 7408.

This letter is to schedule a meeting with the examiner.

**Appointment information**

Location: TBA

Date:

Time:

**Purpose of the appointment**
At this appointment we'll discuss general expectations, such as communication methods, and response times, in addition to reviewing the matter in question. Please have the items listed on the enclosed Form 4564, *Information Document Request,* available at our first appointment. We also included Publication 1, *Your Rights as a Taxpayer,* although not all provisions of Publication 1 may apply to your situation.

If you have questions, you can contact me at the telephone number above.

Thank you for your cooperation.

Sincerely,

*Erica Jenkins*
Digitally signed by Erica J. Jenkins
Date: 2024.03.11 11:15:42 -04'00'

Erica Jenkins
Internal Revenue Agent

Enclosures:
Publication 1
Form 4564

Letter 1844 (Rev. 9-2016)
Catalog Number 61129A

**EXHIBIT 40**

| Form **4564**<br>(May 2023) | Department of the Treasury - Internal Revenue Service<br>**Information Document Request**<br>**(IDR)** | Request number<br>001 |
|---|---|---|

| To: Ali Tamaddon<br>█████████<br>New York City, NY 10013<br><br>Stenson Tamaddon LLC<br>1 N Central Ave, Suite 1030<br>Phoenix, AZ 85004 | Subject<br>Employee Retention Credit |
|---|---|
| | Submitted to<br>Ali Tamaddon |
| | Dates of previous requests *(mmddyyyy)* |

Description of documents requested *(additional records may be requested as the examination progresses)*

Please provide the following documents. Documents should be submitted in electronic format (Flash drive and/or CD). Documents may also be submitted by fax at 888-243-6545.

**INSTRUCTIONS FOR THESE REQUESTS—READ CAREFULLY**

A. The term "**document(s)**" is used in the broadest sense and includes all attachments. Document(s) includes any written, typed, photo static, recorded, or otherwise visually reproduced communications or presentations, whether comprised of letters, words, numbers, pictures, sounds, symbols, or any combination thereof. Document(s) refers to all written, printed, typed, graphically, visually or aurally reproduced material of any kind, or other means of preserving thought or expression, and all tangible things from which information can be processed or transcribed. Further, "documents" include, but are not limited to:

B. Items designated as internal, confidential, "not to be disclosed" or private;

C. All electronic mail (e-mail), whether on an electronic disk and/or any other system or device which saves e-mails, attachments, links; and

D. Videotapes, audiotapes, CDs, cassettes, DVDs, films, flash drives (memory sticks, etc.), microfilm, computer files, computer discs, computer programs and other electronic media.

E. If a document has been prepared in several copies, or additional copies have been made, and the copies are not identical (or, by reason of subsequent modification or notation, are no longer identical), each non-identical copy is a separate "**document**."

F. The taxpayer has "**possession, custody, or control**" if the taxpayer has actual or constructive possession of the document and/or can access the document upon inquiry and/or through a legal right to obtain the document.

G. All responsive documents in the taxpayer's possession, custody, or control should be provided, as well as all documents, in the possession, custody, or control of the taxpayer's agents, employees, and/or representatives, including, but not limited to, responsive documents in the possession, custody, or control of taxpayer's lawyer(s),

| Information Due By | 04/15/2024 | At Next Appointment | ☐ | Mail In | ☒ |
|---|---|---|---|---|---|

| FROM | Name and Title of Requestor<br>Erica Jenkins, Internal Revenue Agent (ID#1000219842) | Date: |
|---|---|---|
| | Office Location:<br>31 Hopkins Plaza<br>Baltimore, MD 21202<br>PHONE 443-853-5241   FAX 888-211-4886 | |

| Catalog Number 23145K | www.irs.gov | Form **4564** (Rev. 5-2023) |
|---|---|---|

**EXHIBIT 40**

| Form **4564**<br>(May 2023) | Department of the Treasury - Internal Revenue Service<br>**Information Document Request**<br>**(IDR)** | Request number<br>001 |
|---|---|---|
| **To:** Ali Tamaddon<br>▬▬▬▬▬▬▬▬▬▬<br>New York City, NY 10013<br><br>Stenson Tamaddon LLC<br>1 N Central Ave, Suite 1030<br>Phoenix, AZ 85004 | Subject<br>Employee Retention Credit | |
| | Submitted to<br>Ali Tamaddon | |
| | Dates of previous requests *(mmddyyyy)* | |

Description of documents requested *(additional records may be requested as the examination progresses)*

  accountant(s), banker(s), advisor(s), and/or trust advisor(s).

H.  If any responsive document was, but is no longer, in taxpayer's possession, custody or control, state what disposition was made of it, the reason for such disposition and who has possession or control of the document.

I.  The term "**taxpayer**" means the subject of the investigation. The term "**taxpayer**" <u>also</u> means all foreign or domestic entities or structures over which the individual taxpayer **exercises control** including, but not limited to, corporations, partnerships, associations, limited liability companies, trusts, estates, foundations, escrows, charitable foundations, banks, and nominees. The term "**taxpayer**" refers to **Ali Tamaddon, Stenson Tamaddon LLC** and any other entity engaged in the offering of an Employee Retention Credits (ERC) for which **Ali Tamaddon** is/was an officer, trustee, owner, shareholder, member, partner, manager, employee, franchisee, independent contractor or affiliate.

J.  A taxpayer can "**exercise control**" by acting directly or indirectly. Indirect control includes, but is not limited to, the use of nominees, agents, powers of attorney, protectors, advisors, trusts, letter of wishes, by-laws, letters of direction, or any device whatsoever.

K.  The taxpayer has "**signature or other authority**" over an account if the taxpayer can control the disposition of money or other property in the account by delivery of a document containing the taxpayer's signature—either alone or with the signature of other person(s) and/or with code word(s) and/or code name(s)—to the bank or other person with whom the account is maintained, or if the taxpayer can exercise comparable authority over the account by direct or indirect communication with the bank or other person with whom the account is maintained either orally or by some other means, or is an officer of the entity that the bank accounts are being requested.

L.  If the taxpayer claims a "**privilege**" for any document responsive to any request, or any part of such document, specify:

  1. name and title of the author;
  2. date appearing on such document or, if undated, the date or approximate dates such document was created;
  3. name and title of each addressee and of each recipients of the document and/or copies thereof;
  4. subject matter of the document.

| Information Due By | 04/15/2024 | At Next Appointment | ☐ | Mail In | ☒ |
|---|---|---|---|---|---|
| **FROM** | Name and Title of Requestor<br>Erica Jenkins, Internal Revenue Agent (ID#1000219842) | | | Date: | |
| | Office Location:<br>31 Hopkins Plaza<br>Baltimore, MD 21202<br>PHONE  443-853-5241   FAX  888-211-4886 | | | | |

Catalog Number 23145K                                                www.irs.gov                                           Form **4564** (Rev. 5-2023)

**EXHIBIT 40**

| Form **4564** (May 2023) | Department of the Treasury - Internal Revenue Service<br>**Information Document Request**<br>**(IDR)** | Request number<br>001 |
|---|---|---|

| To: Ali Tamaddon<br>▇▇▇▇▇▇▇▇▇▇▇▇<br>New York City, NY 10013<br><br>Stenson Tamaddon LLC<br>1 N Central Ave, Suite 1030<br>Phoenix, AZ 85004 | Subject<br>Employee Retention Credit |
|---|---|
| | Submitted to<br>Ali Tamaddon |
| | Dates of previous requests *(mmddyyyy)* |

**Description of documents requested** *(additional records may be requested as the examination progresses)*

    5. name and address of each person having present possession, custody, or control of such document and/or copies thereof;
    6. privilege or protection claimed; and
    7. number of the request(s) to which the production of the document would otherwise be responsive.

  M. If you do not have one or more of the requested items or do not know the answer to one or more of the questions asked, but you know who does, please state the name, address, and phone number or other contact information for each such person in your response to the request or question.

\*\*\*\*\*\*\*\*\*\*\*\*\*\* Please provide the following documents in response to this document request \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Unless otherwise noted, the following information is requested from **Taxpayer** for tax year beginning January 1, 2020, to the response date of the IDR:

**Business**
1. Documents identifying all former and current entity officials from inception to the present. Documents should include name, address and telephone number.

2. Documents identifying all owners of any related entities to include name, address, and Social Security Number or Employer Identification Number.

3. Documents identifying all former and current **Taxpayer** employees from January 1, 2020 to present. Documents should include name, address and telephone number, both business and personal. Employees specifically assigned to working the Employee Retention Credit should be noted.

4. Documents showing fee schedule charged to clients for services associated with the Employee Retention Credit.

5. Documents showing any and all commission schedules paid to contractors, associates, advisors, affiliates and employees for services with the Employee Retention Credit.

| Information Due By | 04/15/2024 | At Next Appointment | ☐ | Mail In | ☒ |
|---|---|---|---|---|---|

| FROM | Name and Title of Requestor<br>Erica Jenkins, Internal Revenue Agent (ID#1000219842) | Date: |
|---|---|---|
| | Office Location:<br>31 Hopkins Plaza<br>Baltimore, MD 21202<br>PHONE 443-853-5241   FAX 888-211-4886 | |

Catalog Number 23145K            www.irs.gov            Form **4564** (Rev. 5-2023)

**EXHIBIT 40**

| Form **4564**<br>(May 2023) | Department of the Treasury - Internal Revenue Service<br>**Information Document Request**<br>**(IDR)** | Request number<br>001 |
|---|---|---|
| To: Ali Tamaddon<br>▬▬▬▬▬▬▬▬▬▬▬▬▬<br>New York City, NY 10013<br><br>Stenson Tamaddon LLC<br>1 N Central Ave, Suite 1030<br>Phoenix, AZ 85004 | Subject<br>Employee Retention Credit | |
| | Submitted to<br>Ali Tamaddon | |
| | Dates of previous requests *(mmddyyyy)* | |

Description of documents requested *(additional records may be requested as the examination progresses)*

6. Copies of contracts **Taxpayer** has with associated individuals or affiliates that market the Employee Retention Credit for **Taxpayer**.

7. Referral agreements, contracts or other documents between **Taxpayer** and any other entities or individuals to prepare Forms 941 or Forms 941-X that include ERC computations or information determined by **Taxpayer** or **Taxpayer**s' owners, officers or other employees.

8. Copies of any marketing material, including prospectus, brochures, seminar material, schedule of seminars offered, FAQs, power point presentations, etc. used to describe or promote the Employee Retention Credit and **Taxpayers'** services.

9. List of websites **Taxpayer** operates to advertise and market the Employee Retention Credit. List of any other platforms with addresses **Taxpayer** uses to market or advertise the Employee Retention Credit and/or services offered to clients.

10. Produce all policy memorandums, directives, guidelines, correspondence, and emails both to and between all employees, officers, directors, shareholders, and clients regarding the ERC.

11. Provide for each client their company name, address, telephone number and company contact information, taxpayer identified number (TIN), description of client's industry and fee charged by tax period and in total where you provided any service to a client for the ERC.

**Financial Documents**

12. Bank statements, deposit slips, debit/credit memos and cancelled checks for **Taxpayer's** and any related entity accounts, U.S. and foreign, checking and savings, for the period January 1, 2020, through the responsive date of the

| Information Due By | 04/15/2024 | At Next Appointment | ☐ | Mail In | ☒ |
|---|---|---|---|---|---|
| **FROM** | Name and Title of Requestor<br>Erica Jenkins, Internal Revenue Agent (ID#1000219842) | | Date: | | |
| | Office Location:<br>31 Hopkins Plaza<br>Baltimore, MD 21202<br>PHONE 443-853-5241  FAX 888-211-4886 | | | | |

Catalog Number 23145K                www.irs.gov                Form **4564** (Rev. 5-2023)

**EXHIBIT 40**

| Form **4564**<br>(May 2023) | Department of the Treasury - Internal Revenue Service<br>**Information Document Request**<br>**(IDR)** | Request number<br>001 |
|---|---|---|
| To: Ali Tamaddon<br>▬▬▬▬▬▬▬▬▬<br>New York City, NY 10013<br><br>Stenson Tamaddon LLC<br>1 N Central Ave, Suite 1030<br>Phoenix, AZ 85004 | Subject<br>Employee Retention Credit | |
| | Submitted to<br>Ali Tamaddon | |
| | Dates of previous requests *(mmddyyyy)* | |

Description of documents requested *(additional records may be requested as the examination progresses)*

IDR.

13. All accounting books and records for **Taxpayer** from January 1, 2020 through the responsive date of the IDR. Records are to include, but not limited to check registers, disbursements journals, receipts journals, general ledger, and other workpapers used in the preparation of the tax return(s) and financial statement(s).

14. All records related to the ownership of or by **Taxpayer** including but not limited to; ownership interest, partnership interest, franchise agreements and beneficial interests. Also include copies of all organizational documents for **Taxpayer**. This may include Secretary of State filing and EIN applications.

15. Detailed description or diagram of how client fees are received and where they are deposited. This should also include treatment of client refunds and fees referred to contractors, associates, advisors, affiliates and employees for services with the Employee Retention Credit.

**Employee Retention Credit**

16. Documents identifying all laws, rulings, regulations, judicial decisions and other authoritative sources upon which you relied in creating your services for offering the Employee Retention Credit to clients.

17. Copies of training material **Taxpayer** used for employees and contractors, or any other associate identified in #5 and #6 above to provide client services for the Employee Retention Credit.

18. Copies of any data input sheets or questionnaires employees/contractors use to gather information to determine client's eligibility for the ERC. List of documents requested from clients for the ERC services provided by **Taxpayer**.

19. Documents identifying all clients from January 2020 to the responsive date of the IDR which **Taxpayer** sold Employee Retention Credit services. Client identification should include tax year and quarter, name, address, and social security number or employer identification number.

| Information Due By | 04/15/2024 | At Next Appointment | ☐ | Mail In | ☒ |
|---|---|---|---|---|---|

| FROM | Name and Title of Requestor<br>Erica Jenkins, Internal Revenue Agent (ID#1000219842) | Date: |
|---|---|---|
| | Office Location:<br>31 Hopkins Plaza<br>Baltimore, MD 21202<br>PHONE 443-853-5241  FAX 888-211-4886 | |

Catalog Number 23145K     www.irs.gov     Form **4564** (Rev. 5-2023)

**EXHIBIT 40**

| Form **4564** (May 2023) | Department of the Treasury - Internal Revenue Service **Information Document Request (IDR)** | Request number 001 |
|---|---|---|

**To:** Ali Tamaddon
███████████
New York City, NY 10013

Stenson Tamaddon LLC
1 N Central Ave, Suite 1030
Phoenix, AZ 85004

**Subject:** Employee Retention Credit

**Submitted to:** Ali Tamaddon

**Dates of previous requests** *(mmddyyyy)*

Description of documents requested *(additional records may be requested as the examination progresses)*

20. All management manuals and identification of software programs **Taxpayer** utilized relating to preparing amended Forms 941 and any other forms used to claim the Employee Retention Credit.

21. A list of personnel or individuals or entities that **Taxpayer** engaged, contracted with or employed in preparing returns with the Employee Retention Credit.

22. A list of personnel or individuals **Taxpayer** engaged or contracted with that was responsible for reviewing the tax returns for quality and reasonableness as well as the documentation used to determine any and all due diligence standards.

23. A list of services that **Taxpayer** provides related to the Employee Retention Credit.

**Please keep in mind that additional information may requested at a later date.**

**Information Due By** 04/15/2024   At Next Appointment ☐   Mail In ☒

**FROM**
Name and Title of Requestor
Erica Jenkins, Internal Revenue Agent (ID#1000219842)
Office Location:
31 Hopkins Plaza
Baltimore, MD 21202
PHONE 443-853-5241  FAX 888-211-4886

Date:

Catalog Number 23145K   www.irs.gov   Form **4564** (Rev. 5-2023)

**EXHIBIT 40**