IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERC Today LLC, et al., | No. CV-24-03178-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| John McInelly, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction. (Doc. 18). The Motion is fully briefed. (Docs. 18, 21, 22). Accordingly,

**IT IS ORDERED setting** a Preliminary Injunction Hearing for March 28, 2025 at 1:30 PM before the Honorable Stephen M. McNamee in Courtroom #401 of the Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Phoenix, Arizona, 85003.

**IT IS FURTHER ORDERED** that the parties must file a joint notice no later than March 21, 2025 advising the Court whether testimony from live witnesses will be elicited at the hearing.

Dated this 10th day of March, 2025.

Stephen M. McNamee
Senior United States District Judge