Peter A. Arhangelsky, Esq. (SBN 025346)
Peter.Arhangelsky@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Rd., Suite 800
Phoenix, AZ 85016
Ph: (602) 445-8017
*Attorney for Plaintiffs Stenson Tamaddon, LLC,
and ERC Today, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERC Today, LLC; et al., <br><br> Plaintiffs, <br><br> v. <br><br> John McInelly, et al., <br><br> Defendants. | Case No. 2:24-cv-03178-PHX-SMM <br><br> **JOINT NOTICE RE MARCH 28, 2025 HEARING ON MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hon. Stephen M. McNamee |

Pursuant to the Court's March 10, 2025 Order [Dkt. 23], Plaintiffs ERC Today LLC and Stenson Tamaddon, LLC, and Defendants John McInelly, et al., hereby submit this Joint Notice regarding the hearing scheduled on Plaintiffs' Motion for Preliminary Injunction for March 28, 2025.

The parties agree that Plaintiffs' Motion for Preliminary Injunction [Dkt. 18] may be decided on the briefing and argument of counsel. The parties do not intend to elicit testimony from live witnesses at the hearing.

DATED: March 19, 2025.

Respectfully submitted,

By:   */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq. (SBN 025346)
GREENBERG TAURIG, LLP
Em: peter.arhangelsky@gtlaw.com
*Attorney for Plaintiffs*


  */s/ Amy Matchison*
Amy Matchison
Moira E. Goodwin
Trial Attorneys, Tax Division
U.S. Department of Justice
Em: amy.t.matchison@usdoj.gov
*Attorneys for Defendants*

## ATTESTATION OF FILER

    I attest that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.


Dated: March 19, 2025.                  */s/ Peter A. Arhangelsky*
                                                                   Peter A. Arhangelsky