AMY MATCHISON
MOIRA E. GOODWIN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6422 (phone)
202-514-6866 (fax)
amy.t.matchison@usdoj.gov
moira.e.goodwin@usdoj.gov
western.taxcivil@usdoj.gov

*Attorneys for United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Phoenix Division

| | |
|---|---|
| ERC Today, LLC, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:24-cv-3178-SMM |
| v. | ) Judge Stephen M. McNamee |
| John McInelly, *et al.*, | ) **STIPULATION TO STAY PROCEEDINGS PENDING RESOLUTION OF PLAINTIFFS' APPEAL** |
| Defendants. | ) |

The United States of America, on behalf of itself and the named Defendants, and Plaintiffs Stenson Tamaddon, LLC, and ERC Today LLC, by and through their undersigned counsel, stipulate and seek an order staying these proceedings pending the outcome of Plaintiffs' appeal of the Court's Order Denying Plaintiffs' Motion for Preliminary Injunction.

1. Plaintiffs filed their Complaint on November 13, 2024, seeking injunctive relief for alleged violations of the Administrative Procedure Act and the Constitution. ECF No. 1.

2. On January 7, 2025, Plaintiffs filed a Motion for Preliminary Injunction. ECF No. 18.

3. On January 24, 2025, the Court granted Defendants an extension of time to respond to Plaintiffs' Complaint until 30 days after it ruled on Plaintiffs' Motion for Preliminary Injunction. ECF No. 20.

4. Plaintiffs' Motion for Preliminary Injunction was fully briefed, and after oral argument, the Court issued an order denying Plaintiffs' requested relief. ECF Nos. 21, 22, and 27.

5. On April 23, 2025, Plaintiffs filed a Notice of Appeal of Order Denying Plaintiff's Motion for Preliminary Injunction. ECF No. 32.

6. On April 25, 2025, Plaintiffs' appeal was docketed by the Ninth Circuit (ECF No. 33), and their opening brief is due June 12, 2025.

7. On May 19, 2025, the Court ordered Defendants to respond to Plaintiffs' Complaint by May 23, 2025, or show good cause for their failure to do so by the May 7, 2025, deadline. ECF No. 34.

8. In response to the Court's order to show good cause for not responding to the Complaint by the Court's deadline, the United States avers that Defendants did not respond because of Plaintiffs' intervening appeal to the Ninth Circuit. Because Plaintiffs' Complaint seeks a permanent injunction identical to the preliminary injunction they were denied, Defendants believed that before they moved to dismiss Plaintiffs' Complaint under Fed. R. Civ. P. 12, the Ninth Circuit should weigh in on whether Plaintiffs have standing and whether there has been a waiver of the United States' sovereign immunity. Regardless, Defendants recognize they should have sought relief from the Court-ordered response deadline and apologize for not doing so earlier.

9. Since the Court's recent order, the parties have met and conferred and agree that resolution of Plaintiffs' appeal is critical to whether and how the remainder of this case is litigated. For that reason, the parties believe it would be most efficient for the Court to stay these proceedings pending resolution of Plaintiffs' appeal. Such a stay would conserve the parties' and the Court's time and resources by avoiding possibly unnecessary filings and litigation.

10. The parties jointly request that the Court stay these proceedings pending resolution of Plaintiffs' appeal in the Ninth Circuit. Within 30 days after the Ninth Circuit issues its decision, the parties will file a joint case management report advising the Court what claims remain and what relief will be sought, or if the case can be dismissed and closed.

DATED: May 21, 2025

/s/Amy Matchison
AMY MATCHISON
MOIRA E. GOODWIN
Trial Attorneys, Tax Division
U.S. Department of Justice

DATED: May 21, 2025                    GREENBERG TRAURIG, LLP

/s/ Peter A. Arhangelsky
PETER A. ARHANGELSKY, ESQ
*Attorneys for Plaintiffs Stenson Tamaddon, LLC, and ERC Today LLC*

ECF CERTIFICATION

I hereby attest that I obtained concurrence in the filing of this document from the signatory indicated by the conformed signature (/s/) of Peter A. Arhangelsky.

>*/s/ Amy Matchison*
> AMY MATCHISON
> Trial Attorney, Tax Division
> U.S. Department of Justice