IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Phoenix Division

| | |
|---|---|
| ERC Today, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> John McInelly, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-3178-SMM <br><br> **[PROPOSED] ORDER ON STIPULATION TO STAY PROCEEDINGS PENDING RESOLUTION OF PLAINTIFFS' APPEAL** |

THE COURT, having considered the Stipulation to Stay Proceedings Pending Resolution of Plaintiffs' Appeal, and for good cause shown, HEREBY ORDERS as follows:

These proceeding are stayed pending resolution of Plaintiffs' Appeal of Order Denying Plaintiff's Motion for Preliminary Injunction (ECF No. 32) by the Ninth Circuit Court of Appeals.

The parties are to file a joint case management report within 30 days after the Ninth Circuit issues its decision on Plaintiffs' Appeal advising the Court what claims remain and what relief will be sought, or if the case can be dismissed and closed.

DATED this ___ day of _____, 20__.

                                                _____
                                                Stephen M. McNamee
                                                United States District Judge