# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERC Today LLC, et al., | No. CV-24-03178-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| John McInelly, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Stipulation to Stay Proceedings Pending Resolution of Plaintiffs' Appeal. (Doc. 35). The parties request that the Court stay the proceedings in this matter pending the resolution of Plaintiffs' interlocutory appeal of the Court's order denying Plaintiffs' motion for preliminary injunction. Because Plaintiffs' Complaint seeks a permanent injunction mirroring the preliminary injunction that Plaintiffs were denied, the parties believe that the interlocutory appeal should be resolved before further litigation proceeds in this matter. Defendants also acknowledge that this relief should have been sought prior to the expiration of Defendants' response deadline. The parties aver that they will file a joint case management report within 30 days of Ninth Circuit's decision on Plaintiffs' appeal in order to apprise the Court of the remaining claims in this matter.

For good cause shown,

**IT IS ORDERED approving** the Stipulation to Stay Proceedings Pending Resolution of Plaintiffs' Appeal. (Doc. 35).

**IT IS FURTHER ORDERED staying** this action pending the resolution of Plaintiffs' appeal.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report no later than 30 days after the Ninth Circuit issues its decision as to Plaintiffs' interlocutory appeal.

Dated this 23rd day of May, 2025.

_____
Stephen M. McNamee
Senior United States District Judge