# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERC Today LLC, et al., | No. CV-24-03178-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| John McInelly, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Joint Status Report, filed on April 20, 2026. (Doc. 38). On March 17, 2026, the Ninth Circuit affirmed the Court's denial of Plaintiff's Motion for Preliminary Injunction, thereby resolving the basis for the stay in this action. See ERC Today, LLC v. McInelly, No. 25-2642 (9th Cir. Mar. 17, 2026). The parties now request, pursuant to Fed. R. Civ. P. 15(a)(2), that the Court allow Plaintiffs sixty (60) days to file an amended complaint and Defendants forty-five (45) days to respond thereto. (Doc. 38 at 3). The parties make this request because they are actively engaged in discussions evaluating the necessity of continuing litigation in this matter. (Id.)

For good cause shown,

**IT IS ORDERED granting** the Stipulation. (Doc. 38).

**IT IS FURTHER ORDERED lifting** the stay in this matter.

**IT IS FURTHER ORDERED allowing** Plaintiffs up to and including June 23, 2026 to file an Amended Complaint.

**IT IS FURTHER ORDERED** that Defendants must file an answer or otherwise

respond to Plaintiffs' Amended Complaint within forty-five (45) days of service of the Amended Complaint.

Dated this 21st day of April, 2026.

_____
Stephen M. McNamee
Senior United States District Judge