Peter A. Arhangelsky, Esq. (SBN 025346)
peter.arhangelsky@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ  85016
Tel: (602) 445-8017
*Attorney for Plaintiffs Stenson Tamaddon, LLC*
*and ERC Today, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERC Today, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>John McInelly, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-03178-PHX-SMM<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br>Hon. Stephen M. McNamee |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Stenson Tamaddon, LLC and ERC Today, LLC (collectively, "Plaintiffs") hereby voluntarily dismiss this action without prejudice as to all defendants and claims.

No Defendant has served an answer or a motion for summary judgment in this action. Dismissal under Rule 41(a)(1)(A)(i) is accordingly available as of right and is effective upon filing, without need for a court order. *See Evans v. Centurion Managed Care of Arizona LLC*, 686 F. Supp. 3d 880, 882 (D. Ariz. 2023).

Dated:  May 22, 2026.

Respectfully submitted,

/s/ Peter A. Arhangelsky
Peter A. Arhangelsky, Esq. (SBN 025346)
GREENBERG TRAURIG, LLP
Em:  peter.arhangelsky@gtlaw.com
*Attorney for Plaintiffs Stenson Tamaddon,
LLC, and ERC Today, LLC*

**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000