# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERC Today LLC, et al., | No. CV-24-03178-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| John McInelly, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Voluntary Dismissal (Doc. 41), filed by Plaintiff on May 22, 2026. Therefore, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action has been dismissed without prejudice.

Accordingly,

**IT IS ORDERED dismissing** this case without prejudice.

**IT IS FURTHERT ORDERED directing** the Clerk of Court to terminate this action in its entirety.

Dated this 22nd day of May, 2026.

_____
Stephen M. McNamee
Senior United States District Judge